**Earnings Statement** ADP

NORMAN'S GIFT SHOPS, INC.
126 TERRY DRIVE
NEWTOWN, PA 18940

Period Beginning: 03/10/2019
Period Ending: 03/23/2019
Pay Date: 03/28/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

KATHY L. RIHL
3083 DORCHESTER ST E
FURLONG, PA 18925

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 8.2500 | 24.44 | 201.63 | |
| Gross Pay | | | $201.63 | 1,420.24 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -5.55 | 39.73 |
| | Social Security Tax | -12.50 | 88.05 |
| | Medicare Tax | -2.92 | 20.59 |
| | PA State Income Tax | -6.19 | 43.60 |
| | Warwick Twp Income Tax | -2.02 | 14.20 |
| | PA SUI/SDI Tax | -0.12 | 0.85 |
| Net Pay | | $172.33 | |
| Check1 | | -172.33 | |
| Net Check | | $0.00 | |

Your federal taxable wages this period are $201.63

© 1998, 2006, ADP, LLC All Rights Reserved.
© 2000 ADP, LLC
VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM
TEAR HERE

NORMAN'S GIFT SHOPS, INC.
126 TERRY DRIVE
NEWTOWN, PA 18940

Advice number: 00000130217
Pay date: 03/28/2019

THIS IS NOT A CHECK

Deposited to the account of
KATHY L. RIHL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx | xxxx xxxx | $172.33 |

WACHOVIA
PENNSYLVANIA

NON-NEGOTIABLE

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | 055 |
|---|---|---|---|---|---|
| 121 | 101017 | 000590 | | 0000110214 | |

# Earnings Statement

**ADP**

NORMAN'S GIFT SHOPS, INC.
126 TERRY DRIVE
NEWTOWN, PA 18940

Period Beginning:   02/24/2019
Period Ending:      03/09/2019
Pay Date:           03/14/2019

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:   0
   PA:        N/A

KATHY L. RIHL
3083 DORCHESTER ST E
FURLONG, PA 18925

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 8.2500 | 24.24 | 199.98 | |
| **Gross Pay** | | | **$199.98** | 1,218.61 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -5.38 | 34.18 |
| | Social Security Tax | -12.39 | 75.55 |
| | Medicare Tax | -2.90 | 17.67 |
| | PA State Income Tax | -6.14 | 37.41 |
| | Warwick Twp Income Tax | -2.00 | 12.18 |
| | PA SUI/SDI Tax | -0.12 | 0.73 |
| | **Net Pay** | **$171.05** | |
| | Check1 | -171.05 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $199.98

© 1998, 2006, ADP, LLC All Rights Reserved.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM
© 2000 ADP, LLC

NORMAN'S GIFT SHOPS, INC.
126 TERRY DRIVE
NEWTOWN, PA 18940

Advice number:   00000110214
Pay date:        03/14/2019

Deposited to the account of
KATHY L. RIHL

| account number | transit ABA | amount |
|---|---|---|
| XXXXXXXX | XXXX XXXX | $171.05 |

**WACHOVIA** PENNSYLVANIA

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO  | FILE   | DEPT   | CLOCK | VCHR NO. | 055 |
|-----|--------|--------|-------|----------|-----|
| 121 | 101017 | 000590 |       | 00000090208 |  |

## Earnings Statement ADP

NORMAN'S GIFT SHOPS, INC.
126 TERRY DRIVE
NEWTOWN, PA 18940

Period Beginning: 02/10/2019
Period Ending: 02/23/2019
Pay Date: 02/28/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

KATHY L. RIHL
3083 DORCHESTER ST E
FURLONG, PA 18925

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 8.2500 | 24.90 | 205.43 | |
| Gross Pay | | | $205.43 | 1,018.63 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -5.93 | 28.80 |
| | Social Security Tax | -12.74 | 63.16 |
| | Medicare Tax | -2.98 | 14.77 |
| | PA State Income Tax | -6.31 | 31.27 |
| | Warwick Twp Income Tax | -2.05 | 10.18 |
| | PA SUI/SDI Tax | -0.12 | 0.61 |
| Net Pay | | $175.30 | |
| Check1 | | -175.30 | |
| Net Check | | $0.00 | |

Your federal taxable wages this period are $205.43

© 1998, 2006. ADP, LLC All Rights Reserved.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

NORMAN'S GIFT SHOPS, INC.
126 TERRY DRIVE
NEWTOWN, PA 18940

Advice number: 00000090208
Pay date: 02/28/2019

THIS IS NOT A CHECK

Deposited to the account of
KATHY L. RIHL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx | xxxx xxxx | $175.30 |

**WACHOVIA** PENNSYLVANIA

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR NO. | 055 |
|---|---|---|---|---|---|
| 121 | 101017 | 000590 | | 00000070211 | 1 |

## Earnings Statement  ADP

NORMAN'S GIFT SHOPS, INC.
126 TERRY DRIVE
NEWTOWN, PA 18940

Period Beginning: 01/27/2019
Period Ending: 02/09/2019
Pay Date: 02/14/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

KATHY L. RIHL
3083 DORCHESTER ST E
FURLONG, PA 18925

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 8.2500 | 23.65 | 195.11 | |
| Gross Pay | | | $195.11 | 813.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -4.90 | 22.87 |
| | Social Security Tax | -12.10 | 50.42 |
| | Medicare Tax | -2.83 | 11.79 |
| | PA State Income Tax | -5.99 | 24.96 |
| | Warwick Twp Income Tax | -1.95 | 8.13 |
| | PA SUI/SDI Tax | -0.12 | 0.49 |
| Net Pay | | $167.22 | |
| Check1 | | -167.22 | |
| Net Check | | $0.00 | |

Your federal taxable wages this period are $195.11

© 1998, 2006. ADP, LLC All Rights Reserved.
© 2000 ADP, LLC
VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM
TEAR HERE

NORMAN'S GIFT SHOPS, INC.
126 TERRY DRIVE
NEWTOWN, PA 18940

Advice number: 00000070211
Pay date: 02/14/2019

THIS IS NOT A CHECK

Deposited to the account of
KATHY L. RIHL

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxx | xxxx xxxx | $167.22 |

WACHOVIA
PENNSYLVANIA

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 121 | 101017 | 000590 | | 0000050209 | 1 |

## Earnings Statement 

NORMAN'S GIFT SHOPS, INC.
126 TERRY DRIVE
NEWTOWN, PA 18940

Period Beginning: 01/13/2019
Period Ending: 01/26/2019
Pay Date: 01/31/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

KATHY L. RIHL
3083 DORCHESTER ST E
FURLONG, PA 18925

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 8.2500 | 23.98 | 197.84 | |
| Gross Pay | | | $197.84 | 618.09 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -5.17 | 17.97 |
| | Social Security Tax | -12.26 | 38.32 |
| | Medicare Tax | -2.87 | 8.96 |
| | PA State Income Tax | -6.07 | 18.97 |
| | Warwick Twp Income Tax | -1.98 | 6.18 |
| | PA SUI/SDI Tax | -0.12 | 0.37 |

| Net Pay | | $169.37 | |
|---|---|---|---|
| Check1 | | -169.37 | |
| Net Check | | $0.00 | |

Your federal taxable wages this period are $197.84

© 1998, 2006. ADP, LLC All Rights Reserved.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

NORMAN'S GIFT SHOPS, INC.
126 TERRY DRIVE
NEWTOWN, PA 18940

Advice number: 00000050209
Pay date: 01/31/2019

THIS IS NOT A CHECK

Deposited to the account of
KATHY L. RIHL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx | xxxx xxxx | $169.37 |

**WACHOVIA** PENNSYLVANIA

**NON-NEGOTIABLE**

| CO | FILE | DEPT | CLOCK | VCHR. NO. | 055 |
|---|---|---|---|---|---|
| 121 | 101017 | 000590 | | 0000030210 | 1 |

**Earnings Statement** — ADP

NORMAN'S GIFT SHOPS, INC.
126 TERRY DRIVE
NEWTOWN, PA 18940

Period Beginning: 12/30/2018
Period Ending: 01/12/2019
Pay Date: 01/17/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  PA: N/A

KATHY L. RIHL
3083 DORCHESTER ST E
FURLONG, PA 18925

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 8.2500 | 17.93 | 147.92 | |
| Gross Pay | | | $147.92 | 420.25 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -0.18 | 12.80 |
| | Social Security Tax | -9.18 | 26.06 |
| | Medicare Tax | -2.14 | 6.09 |
| | PA State Income Tax | -4.54 | 12.90 |
| | Warwick Twp Income Tax | -1.48 | 4.20 |
| | PA SUI/SDI Tax | -0.09 | 0.25 |

Net Pay     $130.31
Check1      -130.31
Net Check    $0.00

Your federal taxable wages this period are $147.92

© 1998, 2006. ADP, LLC All Rights Reserved.
© 2000 ADP, LLC
VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM
VOID VOID VOID
THIS IS NOT A CHECK
TEAR HERE

NORMAN'S GIFT SHOPS, INC.
126 TERRY DRIVE
NEWTOWN, PA 18940

Advice number: 00000030210
Pay date: 01/17/2019

Deposited to the account of
KATHY L. RIHL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx0954 | xxxx xxxx | $130.31 |

WACHOVIA PENNSYLVANIA

**NON-NEGOTIABLE**