| Statement of Earnings, Taxes & Deductions | | TAX DATA: | Federal | PA State | Princeton University | | |
|---|---|---|---|---|---|---|---|
| Kathy L. Rihl | Department 55001 | Marital Status: | S | N | Pay Group: | MCM | |
| Emplid: 960034527 | Mail Drop: 55001 | Allowances: | 1 | 0 | Pay Begin Date: | 03/01/2019 | #: 7394759 |
| | | Addl. Amt: | | | Pay End Date: | 03/31/2019 | Check Date: 03/29/2019 |

| HOURS AND EARNINGS | | Current | | YTD | | TAXES | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | | | |
| Base Salary | | | 7,163.07 | 464.00 | 21,489.21 | Fed Withholdng | 1,058.66 | 3,175.98 |
| | | | | | | Fed MED/EE | 102.55 | 307.65 |
| | | | | | | Fed OASDI/EE | 438.50 | 1,315.49 |
| | | | | | | NJ Unempl EE | 27.40 | 82.20 |
| | | | | | | NJ NJ WDPF | 1.79 | 5.37 |
| | | | | | | NJ NJ SWAF | 1.25 | 3.76 |
| | | | | | | NJ FLI/EE | 5.73 | 17.19 |
| | | | | | | PA Withholdng | 216.40 | 649.20 |

| BEFORE-TAX DEDUCTIONS | Current | YTD | AFTER-TAX DEDUCTIONS | Current | YTD | EMPLOYER PAID BENEFITS | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Health Insurance | 74.00 | 222.00 | Supplemental Life Insurance | 103.54 | 310.62 | Health Insurance | 574.00 | 1,722.00 |
| Aetna Dental DMO | 25.15 | 75.45 | United Way | 5.45 | 10.90 | Imputed Life Insurance* | 23.76 | 71.28 |
| Vision Plan | 15.16 | 45.48 | | | | University Retirement Plan | 666.17 | 1,998.51 |
| Retirement Savings Plan | 25.00 | 75.00 | | | | | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 7,163.07 | 7,047.52 | 1,852.28 | 248.30 | 5,062.49 |
| YTD | 21,489.21 | 21,142.56 | 5,556.84 | 739.45 | 15,192.92 |

3083 Dorchester Street East
Furlong, PA 18925

Princeton University
Treasurer's Office, 701 Carnegie Center, Suite 442
Princeton NJ 08544

No.
7394759

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | XXXXXX | 5,062.49 |

| Statement of Earnings, Taxes & Deductions | | TAX DATA: | Federal | PA State | Princeton University | | |
|---|---|---|---|---|---|---|---|
| Kathy L. Rihl | Department 55001 | Marital Status: | S | N | Pay Group: | MCM | |
| Emplid: 960034527 | Mail Drop: 55001 | Allowances: | 1 | 0 | Pay Begin Date: 02/01/2019 | #: | 7378857 |
| | | Addl. Amt: | | | Pay End Date: 02/28/2019 | Check Date: 02/28/2019 | |

| HOURS AND EARNINGS | Current | | | YTD | | TAXES | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | | | |
| Base Salary | | | 7,163.07 | 311.75 | 14,326.14 | Fed Withholdng | 1,058.66 | 2,117.32 |
| | | | | | | Fed MED/EE | 102.55 | 205.10 |
| | | | | | | Fed OASDI/EE | 438.49 | 876.99 |
| | | | | | | NJ Unempl EE | 27.40 | 54.80 |
| | | | | | | NJ NJ WDPF | 1.79 | 3.58 |
| | | | | | | NJ NJ SWAF | 1.26 | 2.51 |
| | | | | | | NJ FLI/EE | 5.73 | 11.46 |
| | | | | | | PA Withholdng | 216.40 | 432.80 |

| BEFORE-TAX DEDUCTIONS | Current | YTD | AFTER-TAX DEDUCTIONS | Current | YTD | EMPLOYER PAID BENEFITS | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Health Insurance | 74.00 | 148.00 | Supplemental Life Insurance | 103.54 | 207.08 | Health Insurance | 574.00 | 1,148.00 |
| Aetna Dental DMO | 25.15 | 50.30 | United Way | 5.45 | 5.45 | Imputed Life Insurance* | 23.76 | 47.52 |
| Vision Plan | 15.16 | 30.32 | | | | University Retirement Plan | 666.17 | 1,332.34 |
| Retirement Savings Plan | 25.00 | 50.00 | | | | | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 7,163.07 | 7,047.52 | 1,852.28 | 248.30 | 5,062.49 |
| YTD | 14,326.14 | 14,095.04 | 3,704.56 | 491.15 | 10,130.43 |

3083 Dorchester Street East
Furlong, PA 18925

Princeton University
Treasurer's Office, 701 Carnegie Center, Suite 442
Princeton NJ 08544

No.
7378857

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | XXXXXX | 5,062.49 |