| Statement of Earnings, Taxes & Deductions | | | TAX DATA | Federal | PA State | Princeton University | | |
|---|---|---|---|---|---|---|---|---|
| Kathy L. Rihl | Department | 55001 | Marital Status: | S | N | Pay Group: | MCM | |
| Emplid: 960034527 | Mail Drop: | 55001 | Allowances: | 1 | 0 | Pay Begin Date: | 04/01/2019 | #: 7410283 |
| | | | Addl. Amt: | | | Pay End Date: | 04/30/2019 | Check Date: 04/30/2019 |

### HOURS AND EARNINGS

| | ---Current--- | | | ---YTD--- | | TAXES | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | | | |
| Base Salary | | | 7,163.07 | 623.50 | 28,652.28 | Fed Withholdng | 1,058.66 | 4,234.64 |
| | | | | | | Fed MED/EE | 102.56 | 410.21 |
| | | | | | | Fed OASDI/EE | 438.49 | 1,753.98 |
| | | | | | | NJ Unempl EE | 27.39 | 109.59 |
| | | | | | | NJ NJ WDPF | 1.79 | 7.16 |
| | | | | | | NJ NJ SWAF | 1.25 | 5.01 |
| | | | | | | NJ FLI/EE | 5.73 | 22.92 |
| | | | | | | PA Withholdng | 216.40 | 865.60 |

| BEFORE-TAX DEDUCTIONS | Current | YTD | AFTER-TAX DEDUCTIONS | Current | YTD | EMPLOYER PAID BENEFITS | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Health Insurance | 74.00 | 296.00 | Supplemental Life Insurance | 103.54 | 414.16 | Health Insurance | 574.00 | 2,296.00 |
| Aetna Dental DMO | 25.15 | 100.60 | United Way | 5.45 | 16.35 | Imputed Life Insurance* | 23.76 | 95.04 |
| Vision Plan | 15.16 | 60.64 | | | | University Retirement Plan | 666.17 | 2,664.68 |
| Retirement Savings Plan | 25.00 | 100.00 | | | | | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 7,163.07 | 7,047.52 | 1,852.27 | 248.30 | 5,062.50 |
| YTD | 28,652.28 | 28,190.08 | 7,409.11 | 987.75 | 20,255.42 |

3083 Dorchester Street East
Furlong, PA 18925

Princeton University
Treasurer's Office, 701 Carnegie Center, Suite 442
Princeton NJ 08544

# No.
# 7410283

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| **Account Type** | **Account Number** | **Deposit Amount** |
| Checking | XXXXX` | 5,062.50 |