**Earnings Statement**    ADP

NORMAN'S GIFT SHOPS, INC.
126 TERRY DRIVE
NEWTOWN, PA 18940

| | |
|---|---|
| Period Beginning: | 04/21/2019 |
| Period Ending: | 05/04/2019 |
| Pay Date: | 05/09/2019 |

Taxable Marital Status:    Single
Exemptions/Allowances:
    Federal:        0
    PA:            N/A

KATHY L. RIHL
3083 DORCHESTER ST E
FURLONG, PA 18925

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 8.2500 | 17.17 | 141.65 | |
| Gross Pay | | | $141.65 | 1,968.04 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -8.78 | 122.02 |
| | Medicare Tax | -2.06 | 28.54 |
| | PA State Income Tax | -4.35 | 60.42 |
| | Warwick Twp Income Tax | -1.42 | 19.68 |
| | PA SUI/SDI Tax | -0.08 | 1.18 |
| | Federal Income Tax | | 51.11 |
| | Net Pay | $124.96 | |
| | Check1 | -124.96 | |
| | Net Check | $0.00 | |

Your federal taxable wages this period are $141.65

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

NORMAN'S GIFT SHOPS, INC.
126 TERRY DRIVE
NEWTOWN, PA 18940

| | |
|---|---|
| Advice number: | 00000190213 |
| Pay date: | 05/09/2019 |

THIS IS NOT A CHECK

Deposited to the account of
KATHY L. RIHL

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx | xxxx xxxx | $124.96 |

WACHOVIA
PENNSYLVANIA

NON-NEGOTIABLE

## Earnings Statement

**ADP**

121   101017  000590        0000070214

NORMAN'S GIFT SHOPS, INC.
126 TERRY DRIVE
NEWTOWN, PA 18940

| | |
|---|---|
| Period Beginning: | 04/07/2019 |
| Period Ending: | 04/20/2019 |
| Pay Date: | 04/25/2019 |

Taxable Marital Status:   Single
Exemptions/Allowances:
   Federal:          0
   PA:              N/A

KATHY L. RIHL
3083 DORCHESTER ST E
FURLONG, PA 18925

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 8.2500 | 24.24 | 199.98 | |
| Gross Pay | | | $199.98 | 1,826.39 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -5.38 | 51.11 |
| | Social Security Tax | -12.40 | 113.24 |
| | Medicare Tax | -2.90 | 26.48 |
| | PA State Income Tax | -6.14 | 56.07 |
| | Warwick Twp Income Tax | -2.00 | 18.26 |
| | PA SUI/SDI Tax | -0.12 | 1.10 |
| Net Pay | | $171.04 | |
| | Check1 | -171.04 | |
| Net Check | | $0.00 | |

Your federal taxable wages this period are $199.98

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

NORMAN'S GIFT SHOPS, INC.
126 TERRY DRIVE
NEWTOWN, PA 18940

| | |
|---|---|
| Advice number: | 00000170214 |
| Pay date: | 04/25/2019 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| KATHY L. RIHL | XXXXXXX | XXXX  XXXX | $171.04 |

**WACHOVIA**
PENNSYLVANIA

**NON-NEGOTIABLE**

**Earnings Statement**

**ADP**

NORMAN'S GIFT SHOPS, INC.
126 TERRY DRIVE
NEWTOWN, PA 18940

| | |
|---|---|
| Period Beginning: | 03/24/2019 |
| Period Ending: | 04/06/2019 |
| Pay Date: | 04/11/2019 |

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:          0
  PA:               N/A

KATHY L. RIHL
3083 DORCHESTER ST E
FURLONG, PA 18925

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 8.2500 | 24.99 | 206.17 | |
| Gross Pay | | | $206.17 | 1,626.41 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -6.00 | 45.73 |
| | Social Security Tax | -12.79 | 100.84 |
| | Medicare Tax | -2.99 | 23.58 |
| | PA State Income Tax | -6.33 | 49.93 |
| | Warwick Twp Income Tax | -2.06 | 16.26 |
| | PA SUI/SDI Tax | -0.13 | 0.98 |
| Net Pay | | $175.87 | |
| Check1 | | -175.87 | |
| Net Check | | $0.00 | |

Your federal taxable wages this period are $206.17

© 2000 ADP, LLC

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

NORMAN'S GIFT SHOPS, INC.
126 TERRY DRIVE
NEWTOWN, PA 18940

| | |
|---|---|
| Advice number: | 00000150214 |
| Pay date: | 04/11/2019 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| KATHY L. RIHL | XXXXXX | XXXX XXXX | $175.87 |

**WACHOVIA**
PENNSYLVANIA

**NON-NEGOTIABLE**