Certificate Number: 03621-PAE-DE-033071494

Bankruptcy Case Number: 19-12567



03621-PAE-DE-033071494

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 7, 2019, at 9:23 o'clock PM EDT, Kathy L Rihl completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 7, 2019

By:     /s/Damaris Soto

Name:   Damaris Soto

Title:  Credit Counselor