United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                        Case No. 19-12567-pmm
Kathy L. Rihl                                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                            User: admin                                Page 1 of 4
Date Rcvd: May 21, 2024                   Form ID: 138OBJ                          Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathy L. Rihl, 3083 Dorchester Street, Furlong, PA 18925-1556 |
| 14311328 | + | Cu Mtg Dept, 73 Mountainview Blvd, Baskingridge, NJ 07920-3849 |
| 14376646 | + | PNC BANK NATIONAL ASSOCIATION, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14343103 | + | PNC Bank National Association, c/o Kevin G. McDonald, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14311739 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 21 2024 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 21 2024 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14349479 | | Email/Text: ally@ebn.phinsolutions.com | May 21 2024 23:44:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14621716 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 21 2024 23:41:53 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14311312 | + | Email/Text: ally@ebn.phinsolutions.com | May 21 2024 23:44:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14311313 | + | Email/Text: ally@ebn.phinsolutions.com | May 21 2024 23:44:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14311314 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 21 2024 23:44:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14311315 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 21 2024 23:44:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14311317 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 21 2024 23:41:53 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14311316 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 21 2024 23:55:27 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14324763 | + | Email/PDF: ebn_ais@aisinfo.com | May 21 2024 23:55:45 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14448695 | + | Email/Text: Bankruptcy@keystonecollects.com | May 21 2024 23:44:00 | Central Bucks School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14325706 | + | Email/Text: RASEBN@raslg.com | May 21 2024 23:44:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

Case 19-12567-pmm    Doc 72    Filed 05/23/24    Entered 05/24/24 00:34:24    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 21, 2024 | Form ID: 138OBJ | Total Noticed: 55 |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14311321 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 21 2024 23:44:00 | Comenity Bank/Ann Taylor Loft, Po Box 182789, Columbus, OH 43218-2789 |
| 14311320 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 21 2024 23:44:00 | Comenity Bank/Ann Taylor Loft, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14311322 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 21 2024 23:44:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14311323 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 21 2024 23:44:00 | Comenity Bank/Overstock, Po Box 182120, Columbus, OH 43218-2120 |
| 14311324 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 21 2024 23:44:00 | Comenity Bank/Pier 1, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14311325 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 21 2024 23:44:00 | Comenity Bank/Pier 1, Po Box 182789, Columbus, OH 43218-2789 |
| 14311327 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 21 2024 23:44:00 | Comenity Bank/Victoria Secret, Po Box 182789, Columbus, OH 43218-2789 |
| 14311326 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 21 2024 23:44:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14311335 | | Email/Text: mrdiscen@discover.com | May 21 2024 23:44:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14311336 | | Email/Text: mrdiscen@discover.com | May 21 2024 23:44:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14311331 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 21 2024 23:55:13 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14311332 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 21 2024 23:55:42 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 14351353 | | Email/Text: bnc-quantum@quantum3group.com | May 21 2024 23:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14311329 | + | Email/Text: electronicbkydocs@nelnet.net | May 21 2024 23:44:00 | Department of Education/Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 14311330 | + | Email/Text: electronicbkydocs@nelnet.net | May 21 2024 23:44:00 | Department of Education/Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14311334 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 21 2024 23:55:13 | Dillards Card Srvs/Wells Fargo Bank Na, Po Box 14517, Des Moines, IA 50306-3517 |
| 14311333 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 21 2024 23:43:13 | Dillards Card Srvs/Wells Fargo Bank Na, Po Box 10347, Des Moines, IA 50306-0347 |
| 14323389 | | Email/Text: mrdiscen@discover.com | May 21 2024 23:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14311338 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 21 2024 23:44:00 | Elan Financial Service, Cb Disputes, Saint Louis, MO 63166 |
| 14311318 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 21 2024 23:55:29 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14311319 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 21 2024 23:55:15 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14311340 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | May 21 2024 23:44:00 | Jn Portfolio Debt Equities, LLC, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14311339 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | May 21 2024 23:44:00 | Jn Portfolio Debt Equities, LLC, Attn: Bankruptcy, 5757 Phantom Dr. Ste 225, Hazelwood, MO 63042-2429 |
| 14311342 | + | Email/Text: bnc@nordstrom.com | May 21 2024 23:44:42 | Nordstrom FSB, 13531 E Caley Ave, Englewood, CO 80111-6505 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14311341 | + | Email/Text: bnc@nordstrom.com | May 21 2024 23:44:46 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14351283 | | Email/Text: Bankruptcy.Notices@pnc.com | May 21 2024 23:44:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14311343 | | Email/Text: Bankruptcy.Notices@pnc.com | May 21 2024 23:44:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14311344 | | Email/Text: Bankruptcy.Notices@pnc.com | May 21 2024 23:44:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14311346 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 21 2024 23:55:13 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 14348945 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 21 2024 23:55:42 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14311345 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 21 2024 23:55:13 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14334060 | + | Email/Text: bncmail@w-legal.com | May 21 2024 23:44:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14448697 | + | Email/Text: Bankruptcy@keystonecollects.com | May 21 2024 23:44:00 | Township of Buckingham, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14323457 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 21 2024 23:44:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis, MO 63166-0108 |
| 14341417 | + | Email/Text: electronicbkydocs@nelnet.net | May 21 2024 23:44:00 | U.S. Department of Education CO Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14336950 | | Email/Text: bankruptcy@unifund.com | May 21 2024 23:44:00 | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242 |
| 14311337 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 21 2024 23:44:00 | Elan Financial Service, Attn: Bankruptcy, 4801 Frederica Street, Owensboro, KY 42301 |

TOTAL: 50

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14325996 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14326014 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2024         Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Debtor Kathy L. Rihl support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Kathy L. Rihl
        Debtor(s)                         Case No: 19−12567−pmm
                                                Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                             900 Market Street
                                 Suite 400
                          Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/21/24

                                                                                           71 − 66
                                                                             Form 138OBJ